

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2014

No. 04-13-00820-CR

Jose Isabel Martinez **HERNANDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRU010-D4
Honorable Oscar J Hale, Jr., Judge Presiding

## O R D E R

Court reporter Annette E. Escobar has filed a motion for extension of time to file a video exhibit. We grant the motion and order the exhibit filed by April 11, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court